IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>GERMAN J. REYES JR.,<br><br>               Defendant. | 8:20CR336<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Dana C. Bradford, III to withdraw as counsel for the defendant, German J. Reyes, Jr. (Filing No. 33). Glenn A. Shapiro has filed an entry of appearance as retained counsel for German J. Reyes, Jr. Therefore, Dana C. Bradford, III's motion to withdraw (Filing No. 33) will be granted.

Dana C. Bradford, III shall forthwith provide Glenn A. Shapiro any discovery materials provided to the defendant by the government and any such other materials obtained by Dana C. Bradford, III which are material to German J. Reyes, Jr.'s defense.

The clerk shall provide a copy of this order to Glenn A. Shapiro.

**IT IS SO ORDERED.**

Dated this 7th day of January, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge