IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GERMAN J. REYES JR.,<br><br>        Defendant. | 8:20CR336<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Glenn A. Shapiro to withdraw as counsel for the defendant, German J. Reyes, Jr. (Filing No. 54). Jerry M. Hug has filed an entry of appearance as retained counsel for German J. Reyes, Jr. Therefore, Glenn A. Shapiro's motion to withdraw (Filing No. 54) will be granted.

Glenn A. Shapiro shall forthwith provide Jerry M. Hug any discovery materials provided to the defendant by the government and any such other materials obtained by Glenn A. Shapiro which are material to German J. Reyes, Jr.'s defense.

The Motion Hearing set for 2/10/2021 at 9:00 AM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis is canceled.

The clerk shall provide a copy of this order to Jerry M. Hug.

**IT IS SO ORDERED.**

Dated this 8th day of February, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge